Argued and submitted October 5, affirmed December 21, 1994

In the Matter of the Compensation of
Gwen A. Jackson, Claimant.

# LIBERTY NORTHWEST INSURANCE CORPORATION
and Bend Millwork Systems, Inc.
*Petitioners,*

*v.*

Gwen A. JACKSON,
*Respondent.*

(93-01851; CA A84187)

887 P2d 391

Brad G. Garber argued the cause for petitioners. With him on the brief was Williams, Zografos, Peck & Atwood.

Gordon S. Gannicott argued the cause for respondent. With him on the brief was Hollander, Lebenbaum & Gannicott.

Before Richardson, Chief Judge, and De Muniz and Leeson, Judges.

PER CURIAM

Affirmed. *SAIF v. Allen,* 320 Or 192, 881 P2d 773 (1994); *SAIF v. Blackwell,* 131 Or App 519, 886 P2d 1028 (1994).